# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUANN D. SMITH, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BARRETT, DAFFIN, FRAPPIER, TREDER & WEISS, LLP, et al.,<br><br>Defendants. | Case No. 18-cv-06098-KAW<br><br>**ORDER TO SHOW CAUSE** |

On October 11, 2018, Defendant Wells Fargo Bank, NA filed a motion to dismiss the complaint. (Dkt. No. 9.) Plaintiffs' opposition was due on October 25, 2018; as of the date of this order, however, Plaintiffs have not filed an opposition. Therefore, Plaintiffs are ordered, on or before **November 6, 2018**, to 1) file an opposition to Defendants' motion to dismiss, and 2) respond to this order to show cause by explaining why they did not file a timely response. Failure to complete both tasks by November 6, 2018 may result in the Court granting Defendants' motion pursuant to Paragraph 22 of this Court's Standing Order, which states "[t]he failure of the opposing party to file a memorandum of points and authorities in opposition to any motion shall constitute consent to the granting of the motion."

If Plaintiffs file their opposition, Defendant may file a reply by November 13, 2018.

IT IS SO ORDERED.

Dated: October 30, 2018

_____
KANDIS A. WESTMORE
United States Magistrate Judge